■ THE PEOPLE OF STATE OF NEW YORK ex rel. CURTIS VAN STUYVESANT, Appellant, v THOMAS EISENSCHMIDT, as Superintendent of Five Points Correctional Facility, Respondent. [754 NYS2d 796] —Appeal from a judgment (denominated order) of Supreme Court, Cayuga County (Corning, J.), entered November 28, 2001, which dismissed the petition seeking a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly dismissed the petition seeking a writ of habeas corpus. Petitioner commenced this special proceeding by order to show cause and petition. The court directed petitioner to serve the Attorney General with the order to show cause and petition by regular mail before October 11, 2001. Although the affidavit of service of petitioner indicates that he served respondent on October 9, 2001 (*see* CPLR 7005), he failed to serve the Attorney General as directed by the court and required by CPLR 2214 (d). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.

■ THE PEOPLE OF STATE OF NEW YORK ex rel. RONALD CHAMBERLAIN, Appellant, v H. MCCARTHY GIBSON, as Superintendent of Erie County Holding Center, Respondent, and NEW YORK STATE DIVISION OF PAROLE, Intervenor-Respondent. [753 NYS2d 921] —Appeal from a judgment (denominated order) of Supreme Court, Erie County (Siwek, J.), entered August 8, 2001, which denied the petition seeking a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Memorandum: During the pendency of petitioner's appeal to this Court, petitioner was sentenced on an unrelated burglary conviction. Consequently, the relief requested by petitioner on this appeal is no longer available, and the appeal therefore is moot. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.